,UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-20363-CIV-SCOLA

**HECTOR CUEVAS,**

       **Plaintiff,**

v.

**NICKEY GREGORY COMPANY MIAMI, LLC,**

       **Defendant.**

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through respective, undersigned counsel and pursuant to S.D. FLA. L.R. 16.2(F)(2), hereby gives notice of a settlement of all issues between the parties. The Parties respectfully request that this Honorable Court allow twenty (20) days from this filing to file a stipulation of dismissal with prejudice and any other settlement-related documents. In the interim, the Parties request a stay of all remaining deadlines in this case.

Respectfully submitted this May 22, 2015.

| **Remer & Georges-Pierre, PLLC**<br><br>Courthouse Tower<br>44 West Flagler Street<br>Suite 2200<br>Miami, Florida 33130<br>Tel.: (305) 416-5000<br>Fax.: (305) 416-5005<br><br>By: **/s/ Brody M. Shulman**<br>   Jason S. Remer, Esq.<br>   Fla. Bar No.: 0165580<br>   Brody M. Shulman, Esq.<br>   Fla. Bar No.: 092044<br><br>E-Mail: jremer@rgpattorneys.com<br>E-Mail: bshulman@rgpattorneys.com | **HAWKINS PARNELL THACKSTON &YOUNG LLP**<br>303 Peachtree Street, N.E.<br>Suite 4000<br>Atlanta, Georgia 30308<br>Telephone: (404) 614-7400<br>Facsimile: (404) 614-7500<br>Counsel for Defendants<br><br>By: **/s/ Matthew A. Boyd**<br>Todd C. Alley, Esquire<br>Florida Bar No. 108536<br>talley@hptylaw.com<br>Matthew A. Boyd, Esquire<br>(admitted pro hac)<br>Georgia Bar No. 027645<br>mboyd@hptylaw.com, Esquire |

|  | **Edwin Cruz, Esq.** <br> Fowler White Burnett, PA <br> Espirito Santo Plaza <br> 1395 Brickell Avenue <br> 14th Floor <br> Miami, FL 33131 <br> 305-789-9200 <br> 305-728-7520 (fax) <br> ecruz@fowler-white.com |
|---|---|

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Brody M. Shulman**
    Jason S. Remer, Esq.
    Fla. Bar No.: 0165580
    Brody M. Shulman, Esq.
    Fla. Bar No.: 092044