United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Hector Cuevas, Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 15-20363-Scola |
| Nickey Gregory Company Miami, ) | |
| LLC, and Harmon N. Gregory, ) | |
| Defendants ) | |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Joint Mot. Approval Settlement, ECF No. 22.) Having reviewed the record, the relevant legal authorities, the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **approves** the parties' settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on July 21, 2015.

_____
Robert N. Scola, Jr.
United States District Judge